AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:23-mj-00300 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
| William Lewis | ) Assign Date: 11/7/2023 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);
231(a)(3) (Civil Disorder);
1361 (Destruction of Government Property);
1752(a)(1), (2), and (4) (Entering or Remaining in a Restricted Building or Grounds, Disorderly and Disruptive Conduct in a Restricted Building or Grounds, Act of Violence in a Restricted Building or Grounds); and
40 U.S.C. §§ 5104(e)(2)(F) (Engaging in an Act of Violence on Capitol Grounds)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Bumgarner, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: ___11/07/2023___

_____
*Judge's signature*

City and state:        Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*