AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>William Lewis | ) Case: 1:23-mj-00300<br>) Assigned to: Judge Meriweather, Robin M.<br>) Assign Date: 11/7/2023<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |
| _Defendant_ | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ **William Lewis** _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees);
18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1361, by willfully injuring or committing any depredation against government property;
18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(F) Willfully and knowingly engaging in an act of physical violence in the Grounds or any of the Capitol Buildings.

Date:     _____11/07/2023_____

2023.11.07
16:41:29 -05'00'
_Issuing officer's signature_

City and state:     _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 11/07/2023 , and the person was arrested on _(date)_ 11/09/2023 at _(city and state)_ Burbank Illinois . |
| Date: 11/09/2023 |

_Arresting officer's signature_

Chris Bumgarner, Special Agent FT31
_Printed name and title_