AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>William Lewis<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:23-mj-00300<br>Assigned to: Judge Meriweather, Robin M.<br>Assign Date: 11/7/2023<br>Description: COMPLAINT W/ ARREST WARRANT |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ William Lewis _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees);
18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1361, by willfully injuring or committing any depredation against government property;
18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(F) Willfully and knowingly engaging in an act of physical violence in the Grounds or any of the Capitol Buildings.

Date:     _____11/07/2023_____

2023.11.07
16:41:29 -05'00'

*Issuing officer's signature*

City and state:     _____Washington, D.C._____

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/07/2023 , and the person was arrested on *(date)* 11/09/2023 at *(city and state)* Burbank Illinois . |
| Date: 11/09/2023 |

*Arresting officer's signature*

Chris Bumgarner, Special Agent FT31
*Printed name and title*



FILED
11/9/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Jennifer Chang (312) 469-6151

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

WILLIAM LEWIS

Case No.: 23CR594
SHEILA FINNEGAN
Magistrate Judge

## AFFIDAVIT IN REMOVAL PROCEEDING

I, CHRISTOPHER BUMGARNER, appearing before United States Magistrate Judge SHEILA M. FINNEGAN by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that WILLIAM LEWIS has been charged by Complaint in the District of Columbia with the following criminal offenses: assaulting, resisting, or impeding certain officers, in violation of Title 18, United States Code, Section 111(a)(1); civil disorder, in violation of Title 18, United States Code, Section 231(a)(3); destruction of government property, in violation of Title 18, United States Code, Section 1361; entering or remaining in a restricted building or grounds, disorderly and disruptive conduct in a restricted building or grounds, act of violence in a restricted building or grounds, in violation of Title 18, United States Code, Sections 1752(a)(1), (2), and (4); and engaging in an act of violence on Capitol grounds, in violation of Title 40, United States Code, Section 5104(e)(2)(F).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

*Christopher Bumgarner*
CHRISTOPHER BUMGARNER
Special Agent
Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone this 9th day of November, 2023.

*Sheila Finnegan*
SHEILA M. FINNEGAN
United States Magistrate Judge

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:23-mj-00300 |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| William Lewis | ) | Assign Date: 11/7/2023 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| | |

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers);
231(a)(3) (Civil Disorder);
1361 (Destruction of Government Property);
1752(a)(1), (2), and (4) (Entering or Remaining in a Restricted Building or Grounds, Disorderly and
Disruptive Conduct in a Restricted Building or Grounds, Act of Violence in a Restricted Building or
Grounds); and
40 U.S.C. §§ 5104(e)(2)(F) (Engaging in an Act of Violence on Capitol Grounds)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Chris Bumgarner, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:  ____11/07/2023____                    _____
*Judge's signature*

City and state:        Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

Your Affiant, ███████████, is a Special Agent with the Federal Bureau of Investigation ("FBI"), assigned to the ████████████.  In my duties as a Special Agent, I have interviewed subjects, victims, and witnesses regarding allegations, I have prepared subpoenas for telephone, online, and financial information, and I have analyzed these records to identify information pertinent to the investigation.  I have also prepared and executed search warrants both at physical locations and for telephone and online data, and have prepared and executed arrest warrants.  Over the course of my career, I have become familiar with the manner in which criminal activity is carried out, and the efforts of persons involved in such activity to avoid detection by law enforcement.  Currently, I am tasked with investigating criminal activity in and around the United States ("U.S.") Capitol grounds on January 6, 2021.  As an FBI Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

### *Background of Events on January 6, 2021*

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

1

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### *Facts Specific to WILLIAM LEWIS*

**A.      Specific Facts Pertaining to the Identification of William Lewis (AFO-283)**

On March 23, 2022, the FBI posted to the internet "Be on the Lookout" ("BOLO") alerts for many individuals who were filmed or photographed at the Capitol on January 6, 2021.  The FBI designated the individual depicted below "AFO-283" and posted the following images seeking information from the public regarding the identity of AFO-283:[1]

   

*Images 1-4 are images of "AFO-283" published to fbi.gov/wanted/capitol-violence-images*

Based on my review of various videos and photos depicting AFO-283 on January 6, 2021, I have observed that AFO-283 was wearing a black jacket with a U.S. Army star logo on the left sleeve and a faint American flag on the right sleeve, a gray-colored shirt, a dark gray or black skull cap with the word "Carhartt" in white letters across the front, sun glasses with blue-green-colored

---

[1] On various social media websites, AFO-283 was given the moniker, "CarharttWasp," based on his wearing of a Carhartt-brand hat and use of what appears to wasp and hornet spray, as discussed below.

mirrored tint, black and white colored gloves, a printed gaiter around his neck, a black backpack with a small, furled American flag strapped onto the right side, light blue-colored pants, and dark-colored shoes.

On March 24, 2022, an anonymous tipster submitted information to the National Threat Operations Center ("NTOC") identifying "the man in Chicago who used wasp spray at the riot, and who was on CBS news yesterday," as "Billy Lewis of Burbank, IL."

On March 24, 2022, another tipster ("Witness-1") called NTOC and identified AFO-283 as "Bill (AKA Billy) Lewis in Burbank, IL."

On March 28, 2022, Witness-1 was interviewed by the FBI. Witness-1 was shown images of AFO-283 from January 6, 2021 that were published by the FBI online (Images 1-4). Witness-1 identified AFO-283 as "Bill Lewis." Witness-1 was also shown a driver's license photograph of WILLIAM LEWIS, who Witness-1 identified as the same person Witness-1 recognized in Images 1-4. Witness-1 explained that s/he had met LEWIS many years prior when they lived in the same neighborhood. Approximately one year prior to the interview, LEWIS told Witness-1 that LEWIS had been present at the U.S. Capitol on January 6, 2021. Witness-1 provided a telephone number with area code ▓▓ and ending in -▓▓▓ (the "▓▓▓ number") as the contact number s/he had for LEWIS. Witness-1 also knew LEWIS to reside at particular address in Burbank, IL (the "Burbank address"). The Burbank address is the address listed on LEWIS's driver's license.

According to records provided by T-Mobile pursuant to subpoena, the subscriber of the 1141 number was a William Lewis at an address in Texas. According to records provided pursuant to subpoena by Commonwealth Edison Company, an electric utility company serving northern Illinois, LEWIS had a residential address of the Burbank address and the ▓▓▓ number.

According to historical cell site data associated with the ▓▓▓ number, a cellphone associated with the ▓▓▓ number accessed cell towers in the vicinity of the U.S. Capitol Building between approximately 2:00 p.m. EST to 4:20 p.m. EST on January 6, 2021. In addition, the cellphone associated with the ▓▓▓ number accessed cell towers in the following areas at the following times:

- On January 4, 2021, between 12:00 a.m. EST and 3:00 p.m. EST, the cellphone associated with the ▓▓▓ number accessed cell towers in Burbank, Illinois.

- On January 5, 2021, between 3:00 p.m. EST and 11:00 p.m. EST, the cellphone associated with the ▓▓▓ number accessed cell towers in Tappahannock, Virginia and Laneview, Virginia.

- On January 7, 2021, at 11:58 a.m. EST, the cellphone associated with the ▓▓▓ number accessed cell towers in Laneview, Virginia.

- On January 9, 2021, the cellphone associated with the ▮▮▮ number accessed cell towers in Burbank, Illinois.

According to American Express records provided pursuant to subpoena, a credit card account in the name of William Lewis with an address in Burbank which I know to be the address of  LEWIS's mother, and which is around the corner from LEWIS' actual residence, was used in the following transactions between January 4, 2021 and January 13, 2021 as indicated in the chart below.  The locations of these transactions are depicted on a map in Image 5 below.

| Date | Transaction | Location |
|------|-------------|----------|
| 01/04/21 | SUNOCO 0672922200 0672 330-542-9615 | NEW SPRINGFIELD, OH |
| 01/05/21 | WAL-MART SUPERCENTER 1730 1730 DISCOUNT STORE | TAPPAHANNOCK, VA |
| 01/08/21 | SUNOCO 0211127600 0211 219-778-8013 | ROLLING PRAIRIE, IN |
| 01/08/21 | TRAVEL MART OH-TPK 4409855500 | AMHERST, OH |
| 01/08/21 | SUNOCO 0042298000 0042 804-443-2046 | DUNNSVILLE, VA |
| 01/13/21 | WAL-MART 1779 1779 DISCOUNT STORE | BRIDGEVIEW, IL |



Image 5

According to records provided pursuant to subpoena by Walmart, the purchase made on January 5, 2021 in Tappahannock, VA included a "Quest Day Pack, color black, 19 x 13.61 x 5 inches." A representative from Walmart Global Investigations provided a photo of a Walmart product available (as of February 2023) for purchase (Image 6) and represented that this item is "very close" to the item purchased on January 5, 2021. Your Affiant visually compared that item to the backpack LEWIS was observed wearing in video footage at the U.S. Capitol on January 6, 2021 (Images 7 and 8) and assessed that the two backpacks appeared to be the same or very similar.



Image 6



Image 7



Image 8

Based on the information above, I believe that WILLIAM LEWIS is AFO 283. Images 9 and 10 below depict LEWIS during the riot without and with the printed gaiter covering part of his face.



Image 9



Image 10

### B.      LEWIS's Conduct on January 6, 2021

On January 6, 2021, LEWIS participated in the riot at the United States Capitol.  He deployed what appears to be wasp and hornet spray at law enforcement officers on the West Plaza, threw the cannister in the direction of law enforcement officers, and struck multiple U.S. Capitol building windows on the Lower West Terrace with an object that appears to be a law enforcement baton.

Based on my review of body-worn camera ("BWC") footage and open-source video footage from the vicinity of the U.S. Capitol on January 6, 2021, I have ascertained three separate incidents on the West Plaza of the U.S. Capitol involving in which LEWIS deployed the spray against law enforcement officers.  These incidents are hereinafter referred to as: "First Spray Event", "Second Spray Event", and "Third Spray Event."  After the Third Spray Event, LEWIS threw the spray canister in the direction of law enforcement officers.

### 1.      The First Spray Event (approximately 2:12 p.m.)

Metropolitan Police Department ("MPD") BWC footage recorded on January 6, 2021 depicts officers being sprayed by LEWIS.  (Images 11-12)  In Image 12, LEWIS is seen from behind with an outstretched right arm holding a spray can in his hand in a manner consistent with deployment.  His right hand is circled in red.  The American flag attached to his backpack appears outlined in a red square.  During the First Spray Event, LEWIS sprayed MPD Officer K. H., MPD Officer H. F., MPD Officer M. K., MPD Officer M. V., and MPD Officer S. C-B.



Image 11 – First Spray Event (Approximately 2:12:01 p.m. EST)



Image 12

2.    **The Second Spray Event (approximately 2:21 p.m.)**

In the Second Spray Event, LEWIS deployed spray at MPD Officer S. N. and MPD Officer D. T.  (Images 13-14)  In Image 13, LEWIS (viewed from behind) has stretched his hand (circled in red) and  is about to deploy spray.  The star logo Army patch on his jacket sleeve is framed with an orange square.  Image 14, a screen capture from Officer D.T.' s BWC, shows the droplets of white foam deployed from LEWIS' canister flying toward Officer D.T., whose hand is grasping a bike rack.  In Image 14, rioters in the center-left of the image are blocking a direct view of LEWIS.



Image 13 – Second Spray Event



Image 14 – Officer D.T. BWC at 2:21:20 p.m.

### 3.   The Third Spray Event (approximately 2:23 p.m.)

In the Third Spray Event, LEWIS sprayed MPD Officer J. G.  (Images 15-20)  The Third Spray Event was observed in video footage from MPD Officer J. G.'s BWC camera.  In Image 15, LEWIS, circled in red, is facing Officer J.G.  Image 16 features a red arrow showing the canister of spray in LEWIS' possession immediately prior to deployment.  On March 16, 2021, Officer J.G. was interviewed by the FBI regarding his experience at the U.S. Capitol on January 6, 2021.  Officer J. G. was shown video footage depicting LEWIS spraying the canister in his direction.  Officer J. G. was able to identify himself in the video.  Officer J. G. stated that he was pepper-sprayed in the mouth, and that he remembers a white male wearing all black spraying something

10

at him from a big canister. Officer J.G. experienced a burning sensation on his face and in his eyes as a result of being sprayed. It appears from the video that LEWIS depleted the spray canister during this Spray Event, then threw the empty can toward officers.



Image 15 – Third Spray Event (Officer J.G. BWC at 2:23:23 p.m.)



Image 16

11



Image 17 – LEWIS deploying stream of spray



Image 18 – Lewis holding depleted cannister after Third Spray Event



Image 19 – Lewis about to throw cannister



Image 20 – Canister flying after being thrown

    The assessment that LEWIS was specifically deploying a wasp and hornet spray is based on your Affiant's visual comparison of a still image from video footage showing the canister that LEWIS deployed to a "NO-PEST WASP & HORNET Killer" spray canister that is available for purchase on the internet.  (Images 21 - 22)  Your Affiant determined the canisters to be visually consistent.



Images 21 (left) still image from video
depicting canister Lewis held on January 6, 2021 & Image 22 (right)
of "NO-PEST WASP & HORNET Killer" obtained from Google Images

### 4.     Destruction of Windows

Subsequently, LEWIS advanced to the Lower West Terrace of the Capitol building, where a stage was being constructed for the upcoming presidential inauguration.  There, LEWIS used what appears to be a baton to strike and break at least three glass panes of a window located immediately to the right (i.e., north) of the Lower West Terrace tunnel.  He can be observed striking three separate window panes, hereinafter referred to as "Pane 1", "Pane 2", and "Pane 3." (Images 23 – 24)  According to the Architect of the Capitol, the cost of repairing these three window panes was $1,761.

14



Image 23 – Pane 1 outlined in red



Image 24 – Panes 2 (left) and 3 (right)


Image 25 – Lewis, after striking panes

Based on the foregoing, your Affiant submits that there is probable cause to believe that WILLIAM LEWIS violated 18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees), which makes it unlawful to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in Section 1114 of Title 18 while engaged in or on account of the performance of official duties, or aid, abet, counsel, command, induce, or procure the commission of such offense, and punish the commission of such acts using a deadly or dangerous weapon. For purposes of Section 111 of Title 18, United States Capitol Police Officers constitute persons designated in Section 1114 of Title 18.

Your Affiant submits there is also probable cause to believe that WILLIAM LEWIS violated 18 U.S.C. § 231(a)(3) (Civil Disorder), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function. For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an

officer or employee thereof. This includes the Secret Service's protection of the Vice President and his family and the Capitol Police's protection of the U.S. Capitol.

Your Affiant submits there is also probable cause to believe that WILLIAM LEWIS violated 18 U.S.C. § 1361, by willfully injuring or committing any depredation against government property, that is, a window of the Capitol building, causing damage in an amount of more than $1000.

Your Affiant submits there is also probable cause to believe that WILLIAM LEWIS violated 18 U.S.C. §§ 1752(a)(1), (2), and (4), which make it a crime to which (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; and (4) knowingly engage in any act of physical violence against any person or property in any restricted building or grounds; or attempt or conspire to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Finally, your Affiant submits there is also probable cause to believe that WILLIAM LEWIS violated 40 U.S.C. § 5104(e)(2)(F) which makes it a crime to willfully and knowingly engage in an act of physical violence in the Grounds or any of the Capitol Buildings.

Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 7th day of  November,  2023.

_____
U.S. MAGISTRATE JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:23-mj-00300 |
| William Lewis | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 11/7/2023 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ William Lewis _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers or Employees);
18 U.S.C. § 231(a)(3) (Civil Disorder);
18 U.S.C. § 1361, by willfully injuring or committing any depredation against government property;
18 U.S.C. § 1752(a)(1),(2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(F) Willfully and knowingly engaging in an act of physical violence in the Grounds or any of the Capitol Buildings.

Date: _____ 11/07/2023 _____         _____
                                                                    *Issuing officer's signature*

City and state: _____ Washington, D.C. _____         _____ Robin M. Meriweather, U.S. Magistrate Judge _____
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| |
| Date: _____         _____ |
| *Arresting officer's signature* |
| |
| _____ |
| *Printed name and title* |

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

USA,

Plaintiff(s),

v.

William Lewis,

Defendant(s).

Case No.  23cr594
Judge Sheila Finnegan

## __ORDER__

Initial appearance and removal hearing held on 11/9/2023.  Defendant William Lewis appears following arrest on 11/9/2023.  Retained counsel Blaire Dalton appears for defendant.  Defendant advised of his rights, charges contained in the complaint filed in the U.S. District Court for the District of Columbia, and the maximum penalties if convicted.  Government, Defendant and Pretrial Services Officer agree on certain proposed conditions of release.  Court enters order setting conditions of release and appearance bond for $4,500.00.  Order defendant removed to the United States District Court for the District of Columbia.  Defendant to appear remotely via Zoom before the presiding judge in his case in the District of Columbia on 11/16/2023 at 12:30 p.m (EST). Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings.  Defendant shall be released after processing.

(00.25)

Date:  11/9/2023

*Sheila Finnegan*

Sheila Finnegan
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 13, 2023

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                      Page 1 of ___4___ Pages

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| William Lewis | ) | Case No.   23 CR 594 |
| | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making
any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that
the court may impose.

The defendant must appear at:   <u>Zoom link provided to defendant's attorney</u>
_Place_

on   <u>                           11/16/2023 12:30 pm   _EST_                           </u>
_Date and Time_

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

$4,500.00 UNSECURED BOND

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 13, 2023

AO 199B (Rev. 12/20)  Additional Conditions of Release

# ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

   IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( [ ] )  (6)  The defendant is placed in the custody of:
   Person or organization _____
   Address *(only if above is an organization)* _____
   City and state _____    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                               Signed: _____
                                               *Custodian*                                      *Date*

( [✓] )  (7)  The defendant must:
   ( [✓] )  (a)  submit to supervision by and report for supervision to the   NDIL Pretrial Services Office                          ,
         telephone number      312-435-5793      , no later than   48 hours following release from custody        .
   ( [ ] )  (b)  continue or actively seek employment.
   ( [ ] )  (c)  continue or start an education program.
   ( [ ] )  (d)  surrender any passport to: _____
   ( [ ] )  (e)  not obtain a passport or other international travel document.
   ( [✓] )  (f)  abide by the following restrictions on personal association, residence, or travel:   Advise Pretrial Services of any travel within the U.S. outside the NDIL;
         No travel outside the continental U.S. without Court approval; No travel to District of Columbia unless for purposes of Court or consultation with Pretrial or attorney
   ( [ ] )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
         including: _____

   ( [ ] )  (h)  get medical or psychiatric treatment: _____

   ( [ ] )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
         or the following purposes: _____

   ( [ ] )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
         necessary.
   ( [✓] )  (k)  not possess a firearm, destructive device, or other weapon.
   ( [ ] )  (l)  not use alcohol ( [ ] ) at all ( [ ] ) excessively.
   ( [ ] )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
         medical practitioner.
   ( [ ] )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.  Testing may be used with
         random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
         prohibited substance screening or testing.  The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
         of prohibited substance screening or testing.
   ( [ ] )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
         supervising officer.
   ( [ ] )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
         ( [ ] )  (i)  **Curfew.**  You are restricted to your residence every day ( [ ] ) from _____ to _____, or ( [ ] ) as
               directed by the pretrial services office or supervising officer; or
         ( [ ] )  (ii)  **Home Detention.**  You are restricted to your residence at all times except for employment; education; religious services;
               medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
               activities approved in advance by the pretrial services office or supervising officer; or
         ( [ ] )  (iii)  **Home Incarceration.**  You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
               court appearances or other activities specifically approved by the court; or
         ( [ ] )  (iv)  **Stand Alone Monitoring.**  You have no residential curfew, home detention, or home incarceration restrictions.  However,
               you must comply with the location or travel restrictions as imposed by the court.
               **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20)  Additional Conditions of Release

Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
        ( ☐ ) (i)  Location monitoring technology as directed by the pretrial services or supervising officer; or
        ( ☐ ) (ii)  Voice Recognition; or
        ( ☐ ) (iii)  Radio Frequency; or
        ( ☐ ) (iv)  GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t)  Not commit any federal, state, or local crimes
        Participate in all future proceedings as directed

AO 199C  (Rev. 09/08)  Advice of Penalties                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony –  you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor –  you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Chicago , IL
_____
*City and State*

### Directions to the United States Marshal

( X )  The defendant is ORDERED released after processing.
(  )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: __11/9/2023__       _____
                                *Judicial Officer's Signature*

                                _____
                                *Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 13, 2023

AO 98 (Rev. 12/11) Appearance Bond

UNITED STATES DISTRICT COURT
for the

United States of America   )
v.   )
   )   Case No.   23 CR 594
William Lewis   )
_____   )
Defendant   )

### APPEARANCE BOND

#### Defendant's Agreement

I, _____William Lewis_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )   to appear for court proceedings;
( X )   if convicted, to surrender to serve a sentence that the court may impose; or
(   )   to comply with all conditions set forth in the Order Setting Conditions of Release.

#### Type of Bond

(   ) (1)   This is a personal recognizance bond.

(X) (2)   This is an unsecured bond of $ 4,500 .

(   ) (3)   This is a secured bond of $ _____ , secured by:

(   )   (a) $ _____ , in cash deposited with the court.

(   )   (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(   )   (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

#### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11-09-23

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

CLERK OF COURT

Date: 11/9/2023

_____
*Signature of Clerk or Deputy Clerk*

Approved.
Date: 11/9/2023

_____
*Judge's signature*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23CR594 |
| William Lewis | ) | USDC, District of |
| | ) | Charging District: Columbia |
| *Defendant* | ) | Charging District's Case No. 23-mj-300 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: United States District Court, District of Columbia Presiding Judge Robin Meriweather Via Zoom video platform | Courtroom No.: Via Zoom video platform |
|---|---|
| | Date and Time: 11/16/2023 at 12:30 p.m. (EST_ |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   11/9/2023

*Sheila Finnegan*

*Judge's signature*

Sheila Finnegan, United States Magistrate Judge

*Printed name and title*

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 13, 2023

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:23-cr-00594-1
### Internal Use Only

Case title: USA v. Lewis

Date Filed: 11/09/2023

Other court case number:  1:23-mj-00300 USDC for the District of Columbia

---

Assigned to: Honorable Sheila M. Finnegan

**Defendant (1)**

**William Lewis**

represented by **Blaire C Dalton**
53 W. Jackson Blvd.
Ste. 1523
Chicago, IL 60604
(847) 373-4750
Email: blairec.dalton@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3146.F Failure to Appear | |

---

**Plaintiff**

**USA**

represented by **Jennifer S. Chang**
DOJ-USAO
219 S. Dearborn St.
Room 500
Chicago, IL 60604

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JANNETTE NUNEZ
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
November 13, 2023

312-469-6151
Email: jennifer.chang@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2023 | 1 | RULE 5(c)(3) Affidavit in Removal Proceedings signed by Judge Honorable Sheila M. Finnegan as to William Lewis (1). (jn, ) (Entered: 11/13/2023) |
| 11/09/2023 | | ARREST of defendant William Lewis. (jn, ) (Entered: 11/13/2023) |
| 11/09/2023 | 2 | ORDER as to William Lewis: Initial appearance and removal hearing held on 11/9/2023. Defendant William Lewis appears following arrest on 11/9/2023. Retained counsel Blaire Dalton appears for defendant. Defendant advised of his rights, charges contained in the complaint filed in the U.S. District Court for the District of Columbia, and the maximum penalties if convicted. Government, Defendant and Pretrial Services Officer agree on certain proposed conditions of release. Court enters order setting conditions of release and appearance bond for $4,500.00. Order defendant removed to the United States District Court for the District of Columbia. Defendant to appear remotely via Zoom before the presiding judge in his case in the District of Columbia on 11/16/2023 at 12:30 p.m (EST). Pursuant to Federal Rule of Criminal Procedure Rule 5(f)(1), the Court confirms the prosecutor's continuing obligation under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, to disclose information favorable to the Defendant that is material to guilt or punishment. Failure to disclose may result in various consequences, including but not limited to exclusion of evidence, adverse jury instructions, a mistrial, dismissal of charges, vacatur of a conviction or guilty plea, disciplinary action against the prosecution, and contempt proceedings. Defendant shall be released after processing. Signed by the Honorable Sheila M. Finnegan on 11/9/2023. Mailed notice. (jn, ) (Entered: 11/13/2023) |
| 11/09/2023 | 🔒 3 | ORDER Setting Conditions of Release as to William Lewis in amount of $ 4,500.00 Own Recognizance. Signed by the Honorable Sheila M. Finnegan on 11/9/2023. Mailed notice. (jn, ) (Entered: 11/13/2023) |
| 11/09/2023 | 🔒 4 | APPEARANCE Bond as to William Lewis in the amount of $ 4,500.00 (jn, ) (Entered: 11/13/2023) |

| 11/09/2023 | 5 | ORDER Requiring a Defendant to appear in the District where charges are pending and transferring bail as to Defendant William Lewis committed to USDC District of Columbia. Signed by the Honorable Sheila M. Finnegan on 11/9/2023. Mailed notice. (jn, ) (Entered: 11/13/2023) |
|---|---|---|
| 11/13/2023 | 6 | CERTIFIED and Transmitted to USDC District of Columbia via email the record consisting of the transmittal letter. (jn, ) (Entered: 11/13/2023) |