Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 24-215 (RC) |
| | ) | |
| WILLIAM LEWIS | ) | |
| | ) | |
| | ) | |

## WAIVER OF INDICTMENT

I, _____WILLIAM LEWIS_____, the above-named defendant, who is accused of

18:111(a)(1); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____JUNE 3, 2024_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____          Date: _____6/3/2024_____
RUDOLPH CONTRERAS
United States District Judge