# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal Action No.: 24-215 (RC) |
| | : |
| WILLIAM LEWIS, | : |
| | : |
| Defendant. | : |

## REVISED SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern further sentencing proceedings in this case:

1. sentencing in this matter is set for **January 17, 2025, at 11:00 a.m.** in **Courtroom 23A**;

2. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **December 6, 2024**;

3. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **December 13, 2024**; and

4. any party wishing to submit a memorandum in aid of sentencing must do so no later than **January 6, 2025**, with all responses (if any) due by **January 10, 2025**, and all such memoranda and responses thereto must cite to supporting legal authority.

**SO ORDERED**.

Dated: October 23, 2024                                                                RUDOLPH CONTRERAS
                                                                                                    United States District Judge